UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL HERITAGE
ACADEMIES, INC., et al.,

        Plaintiffs,

v.

BLUE CROSS BLUE SHIELD
OF MICHIGAN,

        Defendant.

_____/

Case No. 1:10-cv-500

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Blue Cross Blue Shield of Michigan has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Blue Cross Blue Shield of Michigan shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: August 16, 2010

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge